# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Carletta Davis<br>Plaintiff(s) | ) ) ) ) | **APPEARANCE** |
| vs. | ) ) | CASE NUMBER 01:07 cv 02266 |
| Astrue (Social Security Admin.)<br>Defendant(s) | ) ) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Ardelia Davis___ as counsel in this
(Attorney's Name)

case for: __Carletta Davis__
(Name of party or parties)

___1/24/08___  
Date

___/s/___  
Signature

___449203___  
BAR IDENTIFICATION

Ardelia Davis  
Print Name

717 D Street NW, Suite 300  
Address

Washington, DC 20004  
City   State   Zip Code

202-737-6366  
Phone Number