UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No. 07-2266 RCL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant in the above-captioned case, through his undersigned counsel, respectfully moves this Court for an extension of time from March 7, 2008, to April 7, 2008, to file his answer and the administrative record in this case. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant attempted to contact plaintiff's counsel by telephone today to determine her position on this motion, but was unable to reach her.

The Social Security Administration has forwarded a draft answer to this office, and it has advised that the administrative record was sent to this office. This office has, so far, not been able to locate the record and has requested that the agency look into the possibility that the record was sent to another office. The additional time is needed to find the record or reproduce it.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

_____   JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C.  20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No. 07-2266 RCL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

UPON CONSIDERATION of defendant's motion for an extension of time to file the answer and administrative record, and the entire record in this case, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that defendant's motion is GRANTED, and it is

FURTHER ORDERED that defendant shall have to, and including, April 7, 2008, to file the answer and the administrative record.

UNITED STATES DISTRICT JUDGE

Copies to counsel of record