UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>MICHAEL J. ASTRUE )<br> Commissioner, )<br> Social Security Administration, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-2266 RCL |

NOTICE OF FILING OF ADMINISTRATIVE RECORD

    Defendant, the Commissioner of the Social Security Administration, hereby lodges the administrative record in the above-captioned case. The administrative record is being filed in paper copy. This notice is being filed both electronically and in paper copy. The administrative record has been redacted in accordance with the directive from the Judicial Conference.

    Respectfully submitted,
    /s/
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    United States Attorney's Office
    Civil Division
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 514-7201

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2008, a copy of the foregoing notice of filing of administrative record, together with a copy of the unredacted administrative record, was served by first-class mail, postage prepaid, on:

Carletta Davis
4281 6th Street, S.E.
Apt. 301
Washington, DC 20032

CORRECTION: The printed copy of this notice of filing of the administrative record, which was filed with the Court earlier today (April 7), contains the above-address as the address upon which the printed copy of the administrative record was served. The printed copy of the notice of filing and the record had already been filed with the Court before it was noted that the certificate of service should have had the address of plaintiff's attorney, not plaintiff's address. This correction notes that the printed copy of the notice of filing and the paper copy of the administrative record have in fact been served on plaintiff's attorney, not on plaintiff.

/s/
FRED E. HAYNES, D.C. Bar # 165654
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7201