UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, )<br>)<br>      Plaintiff, )<br>)<br>-v- )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner, )<br>Social Security Administration, )<br>)<br>      Defendant. )<br>) | Civil Action No. 07-2266 RCL |

CONSENT MOTION FOR FURTHER, ONE-DAY EXTENSION OF TIME TO ANSWER

      Pursuant to Fed. R. Civ. P. 6(b)(1), defendant in the above-captioned case, through his undersigned counsel, respectfully moves this Court for a further extension of time from April 7, 2008, to April 8, 2008, to file his answer (the administrative record in this case is being filed today (April 7)). Plaintiff's counsel has consented to this motion. In preparing the answer this evening, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant noticed that the docket for plaintiff's earlier case (06-00401), where she sought leave to file the case in forma pauperis, reflected that the case was filed July 5, 2006, rather than the earlier date stated in the complaint. Because of the late date at which this possible problem was discovered, it was not possible to review the paper copy of in forma pauperis filing that may be maintained in the Clerk's Office. This additional time is needed to complete this task.

      Attached is a draft order reflecting the requested relief.

                                            Respectfully submitted,

_____      JEFFREY A. TAYLOR, D.C. Bar #498610
                                                United States Attorney

/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No. 07-2266 RCL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

UPON CONSIDERATION of defendant's consent motion for a further, one-day extension of time to file the answer, and the entire record in this case, it is by the Court this \_\_\_\_ day of _____, 2008, hereby

ORDERED that defendant's motion is GRANTED, and it is

FURTHER ORDERED that defendant shall have to, and including, April 8, 2008, to file the answer.

UNITED STATES DISTRICT JUDGE

Copies to counsel of record