UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, )<br>)<br>    Plaintiff, )<br>)<br>-v-    )<br>)<br>MICHAEL J. ASTRUE )<br>Commissioner,   )<br>Social Security Administration, )<br>)<br>    Defendant. )<br>             )| Civil Action No. 07-2266 RCL |

<u>ANSWER</u>

Defendant, Michael J. Astrue, Commissioner, Social Security Administration ("Commissioner"), by counsel, answers and otherwise responds to plaintiff's complaint as follows:

FIRST DEFENSE

Defendant answers the allegations contained in plaintiff's complaint as follows:

PROCEDURAL HISTORY:

First unnumbered paragraph. This paragraph is plaintiff's characterization of certain events relating to this case, as to which no answer is required. It is, however, admitted that plaintiff timely pursued her administrative remedies before the agency and timely filed her case in this Court under case docket number 06mc00401.

¶ 1. This paragraph is plaintiff's characterization of her case, as to which no answer is required, but to the extent that an answer may be deemed required, defendant denies that the administrative law judge erred in his analysis and decision on plaintiff's claim for benefits.

JURISDICTION

¶ 2.  This paragraph contains conclusions of law as to which no answer is required.

PARTIES

¶ 3.  Admitted.

¶ 4.  Admitted.

FACTUAL BACKGROUND

¶ 1.  Admitted, except that it is denied that the application for benefits provided a description of any disabling condition.

¶¶ 2 through 13.  These paragraphs consist of plaintiff's characterization of certain parts of the administrative record that plaintiff apparently believes support her contention that she is disabled and her contention that the administrative law judge made certain errors.  As to these paragraphs, the Court is respectfully referred to the administrative record, which is the best evidence of its contents and which provides the evidentiary support for defendant's decision that plaintiff is not disabled.  It is denied that the administrative law judge erred in his analysis.

¶ 14.  The first sentence is denied.  As to the second sentence, it is denied that this was error; there is no duty to provide such reports to a treating physician.

INCORRECT FACTUAL FINDINGS ON
WHICH THE ALJ BASED HIS DECISION

¶ 1.  As a response to this paragraph, defendant incorporates herein his answers to the preceding paragraphs 1 through 14.

¶¶ 2 through 13.  These paragraphs are plaintiff's contentions as to the errors she alleges that the administrative law judge made and her citation to parts of the administrative record that

she contends support her allegations. Defendant denies that the administrative law judge committed error and respectfully refers the Court to the administrative record, which is the best evidence of its contents.

The remaining portion of the complaint is plaintiff's prayer for relief, not allegations of fact, to which no answer is required; but insofar as an answer may be deemed required, defendant denies that plaintiff is entitled to any relief.

Any averment in the complaint not specifically admitted or denied herein is hereby denied.

## SECOND DEFENSE

The findings of fact of the Commissioner are supported by substantial evidence and are conclusive.

\* \* \* \* \*

In accordance with Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), defendant has filed a certified copy of the administrative record, which includes the evidence upon which the findings and decisions complained of are based.

WHEREFORE, having fully answered, defendant requests that the Court enter judgment affirming the Commissioner's decision denying plaintiff's application for benefits and dismiss

plaintiff's complaint with prejudice

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney
/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C.  20530
202.514.7201

E. JAMES PAXTON
Paralegal Specialist