UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA M. DAVIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-2266 (RCL) |
| MICHAEL J. ASTRUE, *et al.*, | : |
| Defendants. | : |

## **ORDER**

It is hereby

ORDERED that, not later than **May 15, 2008**, the parties shall submit a joint proposed schedule to govern future proceedings in this action.

SO ORDERED.

/s/
ROYCE C. LAMBERTH
United States District Judge

Date: April 18, 2008