UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, </br></br> Plaintiff, </br></br> -v- </br></br> MICHAEL J. ASTRUE, </br> Commissioner, </br> Social Security Administration, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-2266 RCL </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

REPORT OF COUNSEL AND PROPOSED BRIEFING SCHEDULE

Counsel for the parties have conferred, and they agree that this matter should be disposed of by dispositive motions, without discovery or referral for alternative dispute resolution. To this end, the parties propose the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motion For Judgment Of Reversal | July 25, 2008 |
| Defendant's Motion For Judgment of Affirmance and Defendant's Opposition To Plaintiff's Motion For Judgment Of Reversal | August 25, 2008 |
| Plaintiff's Opposition To Defendant's Motion For Judgment Of Affirmance And Response To Defendant's Opposition. | September 24, 2008 |

A proposed Order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
FRED E. HAYNES, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, NW., Room E-4110
Washington, D.C.  20530
202.514.7201

Attorneys for Defendant

By authorization
ARDELIA DAVIS, Bar # 449203
717 D Street, NW, Suite 300
Washington, D.C. 20004
202.737.6366

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, )<br>)<br>　　　　　Plaintiff,　　) <br>)<br>-v-　　　　　　　　　　　　　　) <br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner, )<br>Social Security Administration, )<br>)<br>　　　　　Defendant.　　) <br>　　　　　　　　　　　　　　　　　) | Civil Action No. 07-2266 RCL |

## ORDER

It appearing that the parties have agreed that this matter may be decided on dispositive motions without discovery, it is this ____ day of _____, 2008,

ORDERED, that Plaintiff shall file a Motion for Judgment of Reversal on or before July 25, 2008; Defendant shall file his Motion For Judgment Of Affirmance and his Opposition To Plaintiff's Motion on or before August 25, 2008; and Plaintiff shall have to and including September 24, 2008, to respond to Defendant's filing.

Date:_____

　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to counsel of record