UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No. 07-2266 RCL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR JUDGMENT OF REVERSAL AND TO FILE
DEFENDANT'S MOTION FOR JUDGMENT OF AFFIRMANCE

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant in the above-captioned case, through his undersigned counsel, respectfully moves this Court for an extension of time to October 9, 2008, to file his opposition to plaintiff's motion for judgment of reversal and his cross-motion for judgment of affirmance. Undersigned counsel (Fred E. Haynes) contacted plaintiff's counsel, who advised that she does not, at this time, take a position on this motion.

The agency counsel who is assigned to this case advised undersigned counsel that, due to his case load and the attorney shortage at the agency's Office of General Counsel, he will need the additional time to prepare the materials for use by undersigned counsel in making the agency's filings. The additional time is, therefore, needed.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLETTA DAVIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner, ) <br> Social Security Administration, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 07-2266 RCL |

ORDER

UPON CONSIDERATION of defendant's motion for an extension of time to file the answer, and the entire record in this case, it is by the Court this ____ day of _____, 2008, hereby

ORDERED that defendant's motion is GRANTED, and it is

FURTHER ORDERED that defendant's motion for judgment of affirmance and defendant's opposition to plaintiff's motion for judgment of reversal shall be filed by October 9, 2008, and plaintiff's opposition to defendant's motion for judgment of affirmance and response to defendant's opposition shall be filed by November 12, 2008.

UNITED STATES DISTRICT JUDGE

Copies to counsel of record